1

Eric Bensamochan, Bar #255482
The Bensamochan Law Firm
30851 Agoura Rd # 114
Agoura Hills, Ca 91301
818-907-5866  (FAX) 818-461-5959
ATTORNEY FOR PLAINTIFF

2

3

4          UNITED STATES DISTRICT COURT
         FOR THE CENTRAL DISTRICT OF CALIFORNIA
5

6    J&J SPORTS PRODUCTIONS, INC                    )
                                                    )
7              Plaintiff,        vs.                )   Case No.:  2:10-CV-08652-WDK-FMO
                                                    )
8    IL BOON KIM,  et al,                           )   ██████████  **RENEWAL OF JUDGMENT**
                                                    )          BY CLERK
9              Defendant,                            )
                                                    )
10   _____   )

11   Based upon the application for renewal of the judgment of the original judgment, and pursuant to

12   F.R.C.P. 69(a) and C.C.P. §683.110 through §683.320, and for good cause appearing therefore,

13   Judgment in favor of Plaintiff, J&J Sports Productions, Inc, and against Defendant, IL Boon Kim,

14   individually and d/b/a Vinos Sports Bar a/k/a My Friends Oyster Bar; D & S Restaurant Corp.,

15   an unknown business entity d/b/a Vinos Sports Bar a/k/a My Friends Oyster Bar, entered on June

16   8, 2011, be and the same is hereby renewed in the amounts as set forth below:

Renewal of money judgment

17   a.  Total judgment                          $     3,830.00

18   b.  Costs after judgment                    $       00.00

19   c.  Subtotal *(add a and b)*                $     3,830.00

20   d.  Credits                                 $       00.00

21   e.  Subtotal *(subtract d from c)*          $     3,830.00

22   f.  Interest after judgment(.19%)           $       72.25

23   g.  Fee for filing renewal of application   $       00.00

24   **h.**  Total renewed judgment (add e, f and g)  $   **3902.25**

25

26   Dated: May 11, 2021 _____    DEPUTY  CLERK, by  *Sharon Hall Brown*
                                                        _____
27                                                      Deputy

28

                         Renewal of Judgment